## Conerty *v*. Litzinger, Appellant.

Argued October 5, 1936. Before KEPHART, C. J.,
SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

432

*Joseph A. Beck,* with him *Carmen Marinaro* and *B. A. Sciotto,* for appellant.

*J. Campbell Brandon,* of *Brandon & Brandon,* with him *Cobau & Berry,* for appellee.

PER CURIAM, October 7, 1936:
Affirmed on the order of the court below.
Costs to be paid by appellant.